IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMUEL BERMUDEZ,** | : | **CIVIL ACTION NO. 1:14-CV-0153** |
| Petitioner | : | **(Chief Judge Conner)** |
| v. | : | |
| **J.E. THOMAS,** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 12th day of August, 2014, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania